FROM:
US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
181 W. MADISON
SUITE 3000
CHICAGO, IL 60602

NAME: VIKAS TOMAR
A-NUMBER: 216156759  RCPT#: ZCH1700114610
DATE: 10/11/17
FORM: I-589

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 10/10/17. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

TO:
AMY PEDAGNO
C/O JUST LAW INTERNATIONAL PC
9689 C MAIN STREET

FAIRFAX, VA 22031

EXHIBIT A